NOS.
12-10-00347-CR

     
12-10-00354-CR

      

IN THE COURT OF
APPEALS 

 

            TWELFTH
COURT OF APPEALS DISTRICT

 

                                      TYLER, TEXAS

MISTI
GENE YOUNGBLOOM,                      '                 APPEAL FROM THE 114TH

APPELLANT

 

V.                                                                         '                 JUDICIAL
DISTRICT COURT OF

 

THE STATE OF TEXAS,

APPELLEE                                                        '                 SMITH COUNTY,
TEXAS

                                                        
                                         

MEMORANDUM OPINION

                                                                  PER
CURIAM

            Appellant
has filed a motion to dismiss these appeals, and counsel has filed a motion to
withdraw.  No decision has been delivered in these appeals.  Accordingly,
Appellant’s motion to dismiss is granted, counsel’s motion to
withdraw is granted, and the appeals are dismissed. 
See Tex. R. App. P. 42.2(a).

            Opinion
delivered February 16, 2011.

            Panel consisted
of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

 

                                                            (DO NOT PUBLISH)